# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re Innovatio IP Ventures, LLC, Patent Litigation | Case No. 1:11-cv-09308 |
| | Judge James F. Holderman<br>Magistrate Judge Sidney Schenkier |
| This Document Relates To:<br>1:12-cv-00431 (originally 3:11-cv-00644 (W.D. Wis.)) | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Innovatio IP Ventures, LLC, Innovatio Management, LLC and Noel B. Whitley (collectively, "Innovatio") and Courtyard La Crosse Downtown/Mississippi Riverfront, Fairfield Inn & Suites Beloit, Fairfield Inn & Suites Stevens Point, Madison High Crossing Lodging Investors II, LLC (including the originally-sued entity Fairfield Inn & Suites Madison East), Middleton Discovery Springs Lodging Investors, LLC (including the originally-sued entity Courtyard Madison West/Middleton), and Residence Inn Madison East (collectively "Defendants") announced to the Court that they have settled their respective claims for relief asserted in the above-captioned actions. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that all claims and counterclaims by Innovatio against Defendants and by Defendants against Innovatio in the above-captioned actions, including Case Nos. 1:11-cv-09308 (consolidated) and 1:12-cv-00431 (originally 3:11-cv-00644 (W.D. Wis.)), are dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by the party incurring the same.

1

This is a final judgment as to the parties herein. Because there are no remaining claims in Case No. 12-cv-00431, the Court closes this case in its entirety.

5/29/14

James F. Holderman
United States District Judge